the subject had never been discussed with the owner, and we perceive no reason why Krevitz would know about the purported difficulties in loading the horse. The record indicates that he paid a separate fee to the riding school to transport the horse to shows where his daughter would ride, but he was never present when the horse was loaded on the trailer. Under the circumstances, we find no factual basis to conclude that Krevitz should have been aware of the horse's alleged propensity *(cf., Brophy v Columbia County Agric. Socy.,* 116 AD2d 873) and accordingly, summary judgment was properly granted to him. Bracken, J. P., Sullivan, O'Brien and Ritter, JJ., concur.

■ In the Matter of the Adoption of ANONYMOUS, Adoptive Child. STANLEY B. MICHELMAN, Appellant.—In an uncontested private placement adoption proceeding pursuant to NY Constitution, article VI, § 12 (d) and Domestic Relations Law article 7, Stanley Michelman, the attorney for the adoptive parents, appealed from an order of the Surrogate's Court, Westchester County (Brewster, S.), dated September 20, 1990, which, *sua sponte,* reduced his attorney's fee from $3,000 to $1,000. The appeal was determined by decision and order of this court dated July 1, 1991 [175 AD2d 126].

Now, upon the court's own motion, it is,

Ordered that the decision and order of this court, dated July 1, 1991, which determined the above-stated appeal, is recalled and vacated; and it is further,

Ordered that, within 14 days from the date of this decision and order, the appellant is directed to file with this the clerk of this court a statement of whether "Time Preparation and Record Keeping" sheets were submitted to the Surrogate's Court in connection with his application for an award of attorney's fees which was determined by the order on appeal; and it is further,

Ordered that the appeal is held in abeyance in the interim. Bracken, J. P., Eiber, Miller and Ritter, concur.

■ In the Matter of ANONYMOUS, Adoptive Child. STANLEY B. MICHELMAN, Appellant. (Matter No. 1.) In the Matter of ANONYMOUS, Adoptive Child. STANLEY B. MICHELMAN, Appellant. (Matter No. 2.) In the Matter of ANONYMOUS, Adoptive Child. STANLEY B. MICHELMAN, Appellant. (Matter No. 3.) In the Matter of ANONYMOUS, Adoptive Child. STANLEY B. MICHELMAN, Appellant. (Matter No. 4.)—In four uncontested private placement adoption proceedings pursuant to NY Constitution, article VI, § 12 (d) and Domestic Relations Law